UNITED STATES of America, Plaintiff–Appellee

v.

Miguel Angel CHICA–CHACON, also known as Miguel Angel Chacon, Defendant–Appellant.

No. 06–40326

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 15, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Miguel Angel Chica–Chacon appeals the 57–month sentence imposed following his guilty plea to illegally reentering the United States following previous deportation. Chica–Chacon argues that the district court erred in applying the sentence enhancement under U.S.S.G. § 2L1.2 because his prior Texas convictions for aggravated assault do not qualify as crimes of violence. In light of our recent decision in *United States v. Guillen–Alvarez,* 489 F.3d 197, 199–201 (5th Cir.2007), Chica–Chacon's argument is unavailing.

In light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Chica–Chacon challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007),

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*petition for cert. filed* (Aug. 28, 2007) (No. 07–6202).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.